**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# <u>Notice to District Court of Related Criminal Duty Filing</u>

Number of current Criminal Duty Filing:   CR Misc. No. 8 C M 0 2 0 2 3 _____

Title(s) of document(s) making up current criminal duty filing: <u>STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER; [PROPOSED] ORDER TO FURTHER EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE.</u>

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a)   ☑ does not relate to any previously filed criminal duty matters;

b)   ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____
_____
_____

c)   ☐ relates to the following indictment(s) previously filed and assigned (provide case number(s) and *assigned judge(s) for all related pending indictments*): _____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above.   Explain:

_____
_____
_____

Respectfully submitted,

DATED:   ____November 6, 2018____      _____/s/ Brent Whittlesey_____
                                                                     BRENT WHITTLESEY
                                                                     Assistant United States Attorney

---

This notice must be submitted with every criminal duty filing.   Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice

---