

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY
California Bar No. 73493
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $13,202.00 IN U.S. CURRENCY AND $12,500.00 IN U.S. CURRENCY | CR MISC. NO. 18CM02023 <br><br> STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
|---|---|

    It is hereby stipulated by and between the United States of America ("United States") and potential claimants Jackelyn Millan Hernandez and Adan Berumen-Martinez (individually "Hernandez," and "Martinez," and collectively the "claimants"), as follows:

    1.  Pursuant to the claims which the United States alleges were received by the Drug Enforcement Administration ("DEA") on or about September 10, 2018, claimant Hernandez filed a claim in the DEA administrative forfeiture proceedings to the $13,202.00 in U.S. currency and the $12,500.00 in U.S. currency and Martinez filed a

1 claim to the $12,500.00 in U.S. currency (the $13,202.00 in U.S.
2 currency and $12,500.00 in U.S. currency are collectively referred to
3 as the "seized currency").

4     2. It is the United States' position that the DEA sent the
5 written notice of intent to forfeit required by 18 U.S.C. § 983
6 (a)(2)(A)-(E), and no person other than the claimants have filed
7 claims to the seized currency as required by law in the
8 administrative forfeiture proceedings.

9     3. Under 18 U.S.C. § 983(a)(3)(A), the United States is
10 required to file a complaint for forfeiture against the seized
11 currency alleging that the seized currency is subject to forfeiture
12 within 90 days after a claim has been filed in the administrative
13 forfeiture proceedings, which in this case would be December 7, 2018,
14 unless the Court extends the deadline for good cause shown or by
15 agreement of the parties.

16     4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
17 by agreement to extend to March 7, 2019, the time in which the United
18 States is required to file a complaint for forfeiture against the
19 seized currency alleging that the seized currency is subject to
20 forfeiture, so that the they can determine whether this matter can be
21 settled without the government having to initiate a civil judicial
22 forfeiture action.

23     5. Claimants knowingly, intelligently, and voluntarily give up
24 any right they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require
25 the United States to file a complaint for forfeiture against the
26 seized currency alleging that the seized currency is subject to
27 forfeiture by March 7, 2019, and any right claimants may have to seek
28

dismissal of any complaint on the ground that it was not filed on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized currency, alleging that the seized currency is subject to forfeiture, shall be extended to March 7, 2019.

SO STIPULATED.

Dated: November 6, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

        /s/
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

Dated: November 6, 2018

LAW OFFICES OF KARLIN & KARLIN, PLC

        /s/
MARC A. KARLIN

Attorney for Claimants
JACKELYN MILLAN HERNANDEZ and
ADAN BERUMEN-MARTINEZ

**PROOF OF SERVICE BY MAILING**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On November 6, 2018, I served a copy of: **STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

```
TO:  Marc A. Karlin, Esq.
     Karlin & Karlin, PLC
     535 North Brand Boulevard
     Suite 701
     Glendale, CA  91203
```

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on November 6, 2018, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
LUIS F. CHAVES
Paralegal, FSA

4